IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30020
Conference Calendar
_____


GARY BOUDREAUX,

                                        Plaintiff,

versus

SGT. SHROPSHIRE ET AL.,

                                        Defendants,

SUZANNE E. QUINLAN,

                                        Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 95-CV-326
- - - - - - - - - -
June 16, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Suzanne E. Quinlan, counsel for the defendant in this 42
U.S.C. § 1983 civil rights action brought by Gary Boudreaux,
appeals the magistrate judge's sanction order of $100 imposed at
the end of trial for failure to attach documents in response to a
discovery request.  Quinlan argues that the magistrate judge
abused her discretion in imposing sanctions because the failure

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

to attach documents to the discovery responses and pretrial order was inadvertent, not intentional, and the magistrate judge did not find that the attorney acted in bad faith.

Quinlan did not provide this court with a transcript of the proceedings at which the magistrate judge made her oral findings and ruling, and the magistrate judge did not issue written findings.  "The failure of an appellant to provide a transcript is a proper ground for dismissal of the appeal."  Richardson v. Henry, 902 F.2d 414, 416 (5th Cir. 1990).  Accordingly, we DISMISS THE APPEAL.